IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| ) | |
| v.  ) | Case No. 1:13mj182 |
| ) | Hon. Ivan D. Davis |
| ERIC HARROUN,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

**NOTICE OF FILING OF DEFENDANT'S EXHIBIT 4A IN SUPPORT OF MOTION FOR RECONSIDERATION OF DETENTION ORDER**

The defendant, Eric Harroun, through counsel, has this day filed by hand Exhibit 4A in support of Defendant's Motion to Reconsider Detention Order, and provided a CD containing a copy of Exhibit 4A to the government.

Respectfully submitted,
Eric Harroun
By Counsel

      /s/
Geremy C. Kamens
Virginia Bar No. 41596
First Assistant Federal Public Defender
Attorney for Mr. Harroun
1650 King St., Suite 500
Alexandria, Virginia 22314
Tel. (703) 600-0800
Fax (703) 600-0880
Geremy_Kamens@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June 2013, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Carter Burwell, Esquire
>United States Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA  22314

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the forgoing pleading will be delivered to Chambers within one business day of the electronic filing.

>_____/s/_____
>Geremy C. Kamens
>Virginia Bar No. 41596
>First Assistant Federal Public Defender
>Attorney for Eric Harroun
>1650 King Street, Suite 500
>Alexandria, Virginia  22314
>(703) 600-0848 (telephone)
>(703) 600-0880 (facsimile)
>Geremy_Kamens@fd.org (email)